AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **OKLAHOMA**

F I L E D

SEP - 9 1999

Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**VICTOR CORNELL MILLER**
**GEORGE JOHN HANSON**

CRIMINAL COMPLAINT

CASE NUMBER: 99-120 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 8, 1999** in **Tulsa** county, in the **Northern** District of **Oklahoma** defendant(s) did, (Track Statutory Language of Offense)

**See Attached**

in violation of Title **18** United States Code, Section(s) **2113(a)(d) & 924(c)**.

I further state that I am a(n) **Special Agent with the FBI** and that this complaint is based on the following facts:
                                        Official Title

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Kevin L. Legleiter
Special Agent FBI

Thomas Scott Woodward, First Assistant
Sworn to before me and subscribed in my presence,

9-9-99                                    at    Tulsa, Oklahoma
Date                                              City and State

CLAIRE V. CAGAN
US MAG. JUDGE
Name & Title of Judicial Officer

Claire V Cagan
Signature of Judicial Officer

# AFFIDAVIT

**County of Tulsa** )
                 )ss.
**State of Oklahoma** )

I, Kevin L. Legleiter, being of lawful age and after having been duly sworn state as follows:

1. Affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for over eight years. As a Special Agent, affiant is charged with investigating violations of federal law, to include 18 United States Code 2113 (a) & (d), armed bank robbery and 18 United States Code 924(c) Possession of a Firearm During the Commission of a violent Felony.

2. Affiant states that on September 8, 1999, the Tulsa Federal Employee Credit Union, 3207 South Norwood, a federally insured credit union, was robbed. Two black males entered the credit union and gave bank robbery notes to two different tellers. The tellers gave the two black males credit union money. One of the robbers displayed a gun that was stuck in his waste band. The second robber indicated he also had a gun. One of the tellers gave one of the bank robbers a dye pack. The activated dye pack was recovered a short distance from the bank.

3. Affiant further states that the robbers ran away from Tulsa Federal Employee Credit Union and Wesley Eldridge, who observed two black males running from the bank, followed the black males as they entered a white car with a spoiler, bearing Oklahoma License IBZ-528, the car was parked a distance away from the bank.

4. Affiant has learned through Tulsa Police Dispatcher Lynn Emery, that I-44 Auto Auction was the lien holder on Oklahoma License Plate IBZ-528. Upon contacting a person with I-44 Auto Auction, she learned the car had been sold to Victor Miller.

5. Affiant further states that on September 8, 1999, Tulsa Police Robbery Detective Paul Hutter contacted Victor Miller's former employer, Jim Boyd. Boyd reviewed Tulsa Federal Employee surveillance film activated during the robbery and stills taken from the credit union surveillance film. Boyd advised one of the robbers appeared to be Victor Miller. Another employee, Stacy Anderson, also advised one of the robbers looked like Victor Miller.

6. Affiant further states that on September 9, 1999, Tulsa Police Detective Mark Robbins received information from an anonymous caller to the Tulsa Police Department. The anonymous caller advised Victor Miller and John Hanson conducted the Tulsa Federal Employee Credit Union robbery. She stated she spoke with Victor Miller and John Hanson on the evening of September 8, 1999, and they admitted they conducted the credit union robbery. They further

advised they were relocating to the Econo Lodge Motel, Muskogee, Oklahoma, and would be leaving the area on Thursday morning, September 9, 1999. She advised they may be staying under the name of Powell. She further advised they are staying in a different room than Powell, Powell would have two rooms under his name.

7. Affiant further states that Tulsa Police Robbery Detective Paul Hutter has reviewed a photograph of George John Hanson, black male, date of birth April 8, 1964, and positively identified Hanson as one of the robbers featured in the surveillance footage of the robbery. Officer Hutter is identifying the second robber, not the robber that Jim Boyd and Stacy Anderson advised looks like Victor Miller.

8. Affiant further states that law enforcement made contact with employees of Econo Lodge, Muskogee, Oklahoma, at approximately 6:00 a.m. on September 9, 1999. Econo Lodge employees advised that James Powell currently has two rooms registered at the Econo Lodge.

9. Affiant requests that an arrest warrant be issued for Victor Cornell Miller, date of birth January 18, 1963, Social Security Number 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, and George John Hanson, date of birth April 8, 1964, Social Security Number 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 for violations of 18 United States Code 2113 (a) & (d) Armed bank robbery and 18 United States Code 924(c), Possession of a Firearm During Commission of a Felony for the September 8, 1999, armed credit union robbery of Tulsa Federal Employees Credit Union, 3207 South Norwood, Tulsa, Tulsa County, Oklahoma.

Further your affiant sayeth not.

Kevin L. Legleiter
Special Agent, FBI

Subscribed and sworn before me on this 9th day of September, 1999.

Claire Eagen
United States Magistrate

## Attachment

### Count 1

On or about the 8th day of September, 1999, in the Northern District of Oklahoma, the defendants by force, violence and intimidation did take from the person and presence of another money, belonging to and in the care, custody, control, management and possession of the Tulsa Federal Employee Credit Union, 3207 South Norwood Avenue, the deposits of which were then insured by the NCUA, and in committing such offense, the defendants, Victor Miller and George Hanson, aiding and abetting, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is a firearm, in violation of Title 18, United State Code Section 2113(a) & (d) and Section 2..

### Count 2

On or about the 8th day of September, 1999, in the Northern District of Oklahoma, the defendants Victor Miller and George Hanson, knowingly used, carried and brandished a firearm during and in relation to, and possessed in furtherance of a crime of violence, to wit: armed bank robbery as more fully set for in Count I of this complaint, for which the defendant may be prosecuted in a court of the United States, all in violation of Title 18, United States Code 924(c).