UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

FILED
IN OPEN COURT
OCT - 6 1999
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 99-CR-125-C |
| | ) | |
| Plaintiff, | ) | **SUPERSEDING INDICTMENT** |
| | ) | [18 U.S.C. §371: Conspiracy; 18 U.S.C. |
| v. | ) | §1951: Interference with commerce; 18 |
| | ) | U.S.C. §2113(a)&(d): Bank Robbery; 18 |
| VICTOR CORNELL MILLER and | ) | U.S.C. §924(c): Possession of a firearm |
| GEORGE JOHN HANSON, | ) | during a crime of violence; 18 U.S.C. §2: |
| | ) | Aiding and Abetting] |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

## COUNT ONE

[18 U.S.C. §371]

From on or about August 21, 1999 to on or about September 8, 1999, in the Northern District of Oklahoma, the defendants VICTOR CORNELL MILLER and GEORGE JOHN HANSON, together with other persons presently known and unknown to the Grand Jury, conspired, confederated and agreed with each other to violate the laws of the United States of America, to-wit:

1.  To unlawfully obstruct, delay and affect commerce and the movement of articles in commerce by armed robbery in violation of Title 18, United States Code, Section 1951; and

2.  To take money from the person or presence of another, belonging to and in the care, custody, control and possession of a federally insured credit union, by means of armed robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d); and

3.  To knowingly use, carry, brandish, and possess a firearm during and in relation to a crime of violence, that is, armed robbery, in violation of Title 18, United States Code, Section 924(c).

## OVERT ACTS

In order to achieve the goals of the conspiracy, the defendants committed the following overt acts in the Northern District of Oklahoma and elsewhere:

1. On August 21, 1999, VICTOR CORNELL MILLER and GEORGE JOHN HANSON had Phyliss Long take them to the area of Neighborhood Liquor, 4910 South Union, Tulsa, Tulsa County, Oklahoma, for the purpose of conducting an armed robbery, as more fully set forth in Counts Four and Five.

2. On August 23, 1999, VICTOR CORNELL MILLER and GEORGE JOHN HANSON traveled to Apache Liquor, 2472 North Yale, Tulsa, Tulsa County, Oklahoma, for the purpose of conducting an armed robbery, as more fully set forth in Counts Eight and Nine.

3. On August 25, 1999, VICTOR CORNELL MILLER and GEORGE JOHN HANSON traveled to Dreamland Video, 8807 East Admiral, Tulsa, Tulsa County, Oklahoma, for the purpose of conducting an armed robbery, as more fully set forth in Counts Ten and Eleven.

4. On September 3, 1999, VICTOR CORNELL MILLER and GEORGE JOHN HANSON traveled to Dreamland Video, 8807 East Admiral, Tulsa, Tulsa County, Oklahoma, for the purpose of conducting an armed robbery, as more fully set forth in Counts Twelve and Thirteen.

5. On September 8, 1999, VICTOR CORNELL MILLER and GEORGE JOHN HANSON had Phyliss Long take them to the area of 3207 South Norwood, Tulsa, Tulsa County, Oklahoma, for the purpose of robbing Tulsa Federal Employees Credit Union, a federally insured institution, as more fully set forth in Counts Fourteen and Fifteen.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

[18 U.S.C. §1951]

On or about the 22nd day of June, 1999, in the Northern District of Oklahoma, the defendant, VICTOR CORNELL MILLER, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, VICTOR CORNELL MILLER, did unlawfully take and obtain money from the presence of an employee of West Highland Liquor, 6161 E. 33rd West Avenue, Tulsa, Tulsa County, Oklahoma, a company that conducted and conducts business in interstate commerce, against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee's person, that is, by the use of a firearm, in violation of Title 18, United States Code, Section 1951.

## COUNT THREE

**[18 U.S.C. §924(c)]**

On or about the 22nd day of June, 1999, in the Northern District of Oklahoma, the defendant, VICTOR CORNELL MILLER, knowingly used, brandished and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence, as more fully set forth in Count Two of this Indictment, for which the defendant may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR

**[18 U.S.C. §1951 and §2]**

On or about the 21st day of August, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, did unlawfully take and obtain money from the presence of an employee of Neighborhood Liquor, 4910 S. Union, Tulsa, Tulsa County, Oklahoma, a company that conducted and conducts business in interstate commerce, against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee's person, that is, by the use of a firearm, in violation of Title 18, United States Code, Section 1951 and Section 2.

## COUNT FIVE

**[18 U.S.C. §924(c) and §2]**

On or about the 21st day of August, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, knowingly used, brandished and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence, as more fully set forth in Count Four of this Indictment, for which the defendant may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c) and Section 2.

## COUNT SIX

[18 U.S.C. §1951]

On or about the 22nd day of August, 1999, in the Northern District of Oklahoma, the defendant, VICTOR CORNELL MILLER, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, VICTOR CORNELL MILLER, did unlawfully take and obtain money from the presence of an employee of the Smoke Shop, 728B North Sheridan, Tulsa, Tulsa County, Oklahoma, a company that conducted and conducts business in interstate commerce, against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee's person, that is, by the use of a firearm, in violation of Title 18, United States Code, Section 1951.

## COUNT SEVEN

### [18 U.S.C. §924(c)]

On or about the 22nd day of August, 1999, in the Northern District of Oklahoma, the defendant, VICTOR CORNELL MILLER, knowingly used, brandished and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence, as more fully set forth in Count Six of this Indictment, for which the defendant may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c).

## COUNT EIGHT

[18 U.S.C. §1951 and §2]

On or about the 23rd day of August, 1999, in the Northern District of Oklahoma, the defendants VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, did unlawfully take and obtain money from the presence of an employee of Apache Liquor, 2472 North Yale, Tulsa, Tulsa County, Oklahoma, a company that conducted and conducts business in interstate commerce, against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee's person, that is, by the use of a firearm, in violation of Title 18, United States Code, Section 1951 and Section 2.

## COUNT NINE

**[18 U.S.C. §924(c) and §2]**

On or about the 23rd day of August, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, knowingly used, brandished and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence, as more fully set forth in Count Eight of this Indictment, for which the defendants may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c) and Section 2.

## COUNT TEN

[18 U.S.C. §1951 and §2]

On or about the 25th day of August, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, did unlawfully take and obtain money from the presence of an employee of Dreamland Video, 8807 E. Admiral Boulevard, Tulsa, Tulsa County, Oklahoma, a company that conducted and conducts business in interstate commerce, against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee's person, that is, by the use of a firearm, in violation of Title 18, United States Code, Section 1951 and Section 2.

## COUNT ELEVEN

**[18 U.S.C. §924(c) and §2]**

On or about the 25th day of August, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, knowingly used, brandished and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence, as more fully set forth in Count Ten of this Indictment, for which the defendants may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c) and Section 2.

## COUNT TWELVE

[18 U.S.C. §1951 and §2]

On or about the 3rd day of September, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, did unlawfully take and obtain money from the presence of an employee of Dreamland Video, 8807 E. Admiral, Tulsa, Tulsa County, Oklahoma, a company that conducted and conducts business in interstate commerce, against the employee's will by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee's person, that is, by the use of a firearm, in violation of Title 18, United States Code, Section 1951 and Section 2.

## COUNT THIRTEEN

**[18 U.S.C. §924(c) and §2]**

On or about the 3rd day of September, 1999, in the Northern District of Oklahoma, the defendants, VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, knowingly used, brandished and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence, as more fully set forth in Count Twelve of this Indictment, for which the defendant may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c) and Section 2.

## COUNT FOURTEEN

### [18 U.S.C. §2113(a) and (d) and §2]

On or about the 8th day of September, 1999, in the Northern District of Oklahoma, the defendants VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, by force, violence and intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of the Tulsa Federal Employees Credit Union, 3207 South Norwood Avenue, the deposits of which were then insured by the National Credit Union Administration, and in committing such offense, the defendants VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, in violation of Title 18, United States Code, Section 2113(a) and (d) and Section 2.

## COUNT FIFTEEN

[18 U.S.C. §924(c) and §2]

On or about the 8th day of September, 1999, in the Northern District of Oklahoma, the defendants VICTOR CORNELL MILLER and GEORGE JOHN HANSON, aiding and abetting each other, knowingly used, carried and brandished a firearm during and in relation to, and possessed in furtherance of, a crime of violence, to-wit: armed bank robbery, as more fully set forth in Count Twelve of this Indictment, for which the defendants may be prosecuted in a court of the United States, all in violation of Title 18, United States Code, Section 924(c) and Section 2.

A TRUE BILL

STEPHEN C. LEWIS
United States Attorney

_[signature]_
First Assistant United States Attorney

_[signature]_ Carolyn Weese
Foreperson

SW/eas

N:\udd\astanley\indictme\miller.si