F I L E D

JUN 2 8 2000

Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

V.

Case Number: 99-CR-125-002-C

George John Hanson

F. L. Dunn, III
Defendant's Attorney

ENTERED ON DOCKET

DATE ___6/28/00___

**THE DEFENDANT:**

Was found guilty by jury trial on Counts 1, 4, 8 through 15, & 17 of the Superseding Indictment on January 6, 2000 after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such counts, involving the following offenses:

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy | 9-9-99 | 1 |
| 18 U.S.C. §§ 1951 & 2 | Interference with Interstate Commerce and Aiding & Abetting | 8-21-99 | 4 |
| 18 U.S.C. §§ 924(c) & 2 | Possession of a Firearm During a Crime of Violence and Aiding & Abetting | 8-21-99 | 5 |
| 18 U.S.C. §§ 1951 & 2 | Interference With Interstate Commerce and Aiding & Abetting | 8-23-99 | 8 |
| 18 U.S.C. §§ 924(c) & 2 | Possession of a Firearm During a Crime of Violence and Aiding & Abetting | 8-23-99 | 9 |
| 18 U.S.C. §§ 1951 & 2 | Interference with Interstate Commerce and Aiding & Abetting | 8-25-99 | 10 |
| 18 U.S.C. §§ 924(c) & 2 | Possession of a Firearm During a Crime of Violence & Aiding and Abetting | 8-25-99 | 11 |
| 18 U.S.C. §§ 1951 & 2 | Interference with Interstate Commerce and Aiding & Abetting | 9-3-99 | 12 |
| 18 U.S.C. §§ 924(c) & 2 | Possession of a Firearm During a Crime of Violence and Aiding & Abetting | 9-3-99 | 13 |
| 18 U.S.C. §§ 2113 & 2 | Bank Robbery and Aiding & Abetting | 9-8-99 | 14 |
| 18 U.S.C. §§ 924(c) & 2 | Possession of a Firearm During a Crime of Violence and Aiding & Abetting | 9-8-99 | 15 |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm After Former Conviction of a Felony | 9-9-99 | 17 |

As pronounced on June 16, 2000, the defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant: George John Hanson                                    Judgment – Page 2 of 6
Case Number: 99-CR-125-002-C

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the 28th day of June _____, 2000.

The Honorable H. Dale Cook
U.S. District Judge

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 4/8/64
Defendant's USM No.: 08585-062
Defendant's Residence and Mailing Address: c/o David L. Moss Criminal Justice Center, 300 N. Denver Avenue, Tulsa OK 74103

Defendant: George John Hanson                                    Judgment - Page 3 of 6
Case Number: 99-CR-125-002-C

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of life to be followed by a consecutive sentence of 1,884 months.   That term consists of the following:  a term of life imprisonment as to Count 17, five years as to Count 1, twenty years as to each of Counts  4, 8, 10, and 12, and twenty-five years as to Count 14.  Counts 1, 4, 8, 10, 12, 14 and 17 shall run concurrently.  A term of 84 months is imposed as to Count 5, and 300 months as to each of Counts 9, 11, 13, and 15.  Counts 5, 9, 11, 13 and 15 shall run consecutively, each to the other and to the sentence imposed in Counts 1, 4, 8, 10, 12, 14, and 17.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
        Deputy Marshal

Defendant: George John Hanson                                    Judgment - Page 4 of 6
Case Number: 99-CR-125-002-C

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years; three years as to each of Counts 1, 4, 8, 10, and 12, and five years as to each of Counts 5, 9, 11, 13, 14, 15 and 17, all terms to run concurrently, each with the other, for a total term of five (5) years .

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1.    The defendant shall report in person to the Probation Office in the district to which the defendant is released as soon as possible, but in no event later than 72 hours of release from the custody of the Bureau of Prisons.
2.    If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

### STANDARD CONDITIONS OF SUPERVISION

1.    You will not leave the judicial district without permission of the Court or probation officer.
2.    You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3.    You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4.    You will successfully participate in cognitive/life skills training or similar programming as directed by the probation officer.
5.    You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
6.    You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7.    You will notify the probation officer ten days prior to any change of residence or employment.
8.    You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, or distribute any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
9.    You will submit to urinalysis or other forms of testing to determine illicit drug use as directed by the probation officer; if directed by the probation officer, you will successfully participate in a program of testing and treatment (to include inpatient) for substance abuse until released from the program by the probation officer.
10.   You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
11.   You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
12.   You will provide access to all personal and business financial information as requested by the probation officer; and you shall, if directed by the probation officer, not apply for or acquire any credit unless permitted in advance by the probation officer.
13.   You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
14.   You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
15.   As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
16.   You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1.    The defendant shall submit to a search conducted by a United States Probation Officer of his person, residence, vehicle, office and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Failure to submit to a search may be grounds for revocation.  The defendant shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition. Additionally, the defendant shall obtain written verification from other residents that said residents acknowledge the existence of this condition and that their failure to cooperate could result in revocation.  This acknowledgment shall be provided to the U. S. Probation Office immediately upon taking residency.

2.    The defendant shall abide by the "Special Financial Conditions" enumerated in General Order Number 99-12, filed with the Clerk of the Court on July 13, 1999.

Defendant: George John Hanson                                    Judgment - Page 5 of 6
Case Number: 99-CR-125-002-C

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal;(4) cost of prosecution; (5) interest; (6) penalties.

| ASSESSMENT | RESTITUTION | FINE |
|------------|-------------|------|
| $1,200.00 | $12,544.81 | $0.00 |

### ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $1200 for Counts 1, 2, 5, 8 through 15, & 17 of the Superseding Indictment, which shall be due immediately.

### RESTITUTION

The defendant shall make restitution in the total amount of $12,544.81. The interest for restitution is waived by the Court.

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Payee Address | City, State, Zip | Amount |
|---------------|---------------|------------------|--------|
| Neighborhood Liquor Store | 4910 South Union Avenue | Tulsa OK 74107 | $ 1,235.00 |
| Jeff Graves | 5012 South 31st West Avenue | Tulsa OK 74107 | $ 31.00 |
| Apache Liquor | 2472 North Yale Avenue | Tulsa OK 74115 | $ 2,282.00 |
| Maggie Mendez | 3249 South Braden | Tulsa OK 74115 | $ 640.00 |
| Dreamland Video | 8807 East Admiral Blvd. | Tulsa OK 74115 | $ 441.54 |
| Kevin Williams | 10170 East Admiral Blvd. | Tulsa OK 74116 | $ 142.00 |
| Darrin Lewis | 2711 South 136th East Avenue | Tulsa OK 74134 | $ 17.00 |
| Tulsa Federal Employees Credit Union | 3207 South Norwood | Tulsa OK 74135 | $ 4,896.00 |
| Grapevine Liquor | 2751 South Memorial Drive | Tulsa OK 74129 | $ 250.00 |
| Western Finance | 814 North Sheridan Road | Tulsa OK 74115 | $ 382.00 |
| Janice Hamilton | 108 North Richmond | Tulsa OK 74115 | $ 250.00 |
| Signature Loan Service | 1501 South Sheridan Road | Tulsa OK 74112 | $ 1,978.27 |

Restitution shall be paid jointly and severally with co-defendant Victor Miller and is due in full immediately. Any amount not paid immediately shall be paid while in custody through the Bureau of Prisons' Inmate Financial Responsibility Program. Upon release from custody, any unpaid balance shall be paid as a condition of supervised release, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered the compensable injury. The defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution.

If a victim has received compensation from insurance or any other source with respect to a loss, restitution shall be paid to the person who provided or is obligated to provide the compensation, but all restitution of victims shall be paid to the victims before any restitution is paid to such a provider of compensation.

Unless the interest is waived, the defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

If the fine and/or restitution is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. The defendant shall notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

All criminal monetary penalty payments are to be made to the United States District Court Clerk, 333 West 4th Street, Rm. 411, Tulsa, Oklahoma 74103, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

Defendant: George John Hanson                                    Judgment – Page 6 of 6
Case Number: 99-CR-125-002-C

## STATEMENT OF REASONS

The Court adopts the factual findings and guidelines application in the presentence report.

**Guideline Range Determined by the Court:**

| | | |
|---|---|---|
| Total Offense Level: | 45 | |
| Criminal History Category: | VI | |
| Imprisonment Range: | 5 years | Count 1 |
| | 20 years | Counts 4. 8, 10 & 12 |
| | 25 years | Count 14 |
| | Life | Count 17 |
| | 84 months | Count 5 |
| | 300 months | Counts 9, 11, 13 & 15 |
| Supervised Release Range: | 2 to 3 years | Counts 1, 4, 8, 10 & 12 |
| | 5 years | Counts 5, 9, 11, 13, 14, 15 & 17 |
| Fine Range: | $ 25,000 to $ 250,000 | Counts 1, 4, 5, 8, 9, 10, 11, 12, 13, 14, 15 & 17 |

Total amount of Restitution: $12,544.81.

The fine is waived or is below the guideline range because of the defendant's inability to pay.

The sentence is within the guideline range, that range does not exceed 24 months and the court finds no reason to depart from the sentence called for by application of the guidelines.

